

**LAW OFFICE OF DAVID E. DILLEY, PLLC**

5255 San Pedro Ave, San Antonio, TX 78212 | Ph: (210) 733-4669 | Fax: (210) 733-3669
david@dilleylawoffice.com

December 20, 2018

Clerk of the Court
U.S. Western District Court
655 E. Cesar Chavez Blvd.
San Antonio, TX 78206

RE:   **NOTICE OF MILITARY DUTY**

Dear Clerk of the Court:

Please be advised that I will be out of State on Military Duty from **January 10, 2019 - January 13, 2019, February 8, 2019 and March 1, 2019 - March 6, 2019.** I request that you please not set any hearings and/or trials for any matters for which I am the attorney of record during the mentioned dates.

Should you have any questions, please feel free to contact my office. Your assistance is greatly appreciated.

Sincerely,

David E. Dilley
Attorney at Law